UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Robert C. Johnson,

                Plaintiff(s),                09 Civ. 4293 (CM) (PED)

        -against-                      **ORDER**

City School District of New Rochelle, et al,

                Defendant(s),

-----------------------------------------------------------x

      It having been reported to this Court that the above entitled action has been settled, IT IS ORDERED that the action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty (30) days of the date of this order, either party may apply by letter for restoration of the action to the calendar of the undersigned. Any such application must be made before the thirty (30) days have expired, or it will be denied. Any such application timely made will be granted.

                                                                    _/s/ Colleen McMahon_

                                                             **Colleen McMahon, U.S.D.J.**

Dated: New York, New York
          July 28, 2009

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/09
```